RECEIVED

JUL 10 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SAMUEL ROY ABRAM, Plaintiff | CIVIL ACTION NO. 1:18-CV-415-P |
| VERSUS | JUDGE DEE D. DRELL |
| USA, ET AL. Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's <u>Bivens</u> claim be dismissed for lack of jurisdiction as to the United States and DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A in all other respects.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 9th day of July, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE